UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RIGOBERTO RODRIGUEZ MACEDO,

          Petitioner,

   v.

SCOTT SPEER ,

          Respondent.

CASE NO. 2:25-cv-00166-JHC-BAT

ORDER OF DISMISSAL

Having reviewed, *de novo,* the Report and Recommendation (R&R), Dkt. # 4, Petitioner's objections, Dkt. # 5, responses, and the record, the Court finds and ORDERS:

(1)    The Court agrees with the R&R that the petition is time-barred and that there is no basis for equitable tolling. Thus, the Court ADOPTS the R&R.

(2)    Petitioner, pro se, makes 12 objections to the R&R in what appears to be a form, fill-in-the-blank document. Each objection appears patently meritless. For example, Objection I claims "a violation of 28 U.S.C. §[ ]1915 based on the preliminary screening voidness of Article III authorization." Section 1915 concerns "[p]roceedings in forma pauperis." The objection does not make clear how Petitioner believes the statute has been violated.

(3)    The case is dismissed with prejudice; all pending motions are stricken as moot; and leave to proceed in forma pauperis and issuance of a certificate of appealability are denied.

ORDER OF DISMISSAL - 1

(4)   The Clerk shall provide Petitioner a copy of this order.

Dated this 14th day of February, 2025.

JOHN H. CHUN
United States District Judge

ORDER OF DISMISSAL - 2