UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RIGOBERTO RODRIGUEZ MACEDO,<br><br>               Petitioner,<br><br>   v.<br><br>SCOTT SPEER ,<br><br>               Respondent. | CASE NO. 2:25-cv-00166-JHC-BAT<br><br>ORDER |

Before the Court is Petitioner's objections to the Report and Recommendation. Dkt. # 9. The objections are untimely. *See* Dkt. # 4. They also appear duplicative of Petitioner's prior objections. *See* Dkt. # 5. Thus, the Court STRIKES the objections at Dkt. # 9.

Dated this 24th day of February, 2025.

*[signature: John H. Chun]*

JOHN H. CHUN
United States District Judge

ORDER - 1